1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JEFF AIDNIK,
11          Plaintiff,                No. CIV S-08-2145 KJM P
12      vs.
13  MIKE KNOLLS, et al.,
14          Defendants.               ORDER
15  _____/
16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17  to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28
18  U.S.C. § 1915.  However, the certificate portion of the request which must be completed by
19  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a
20  certified copy of his prison trust account statement for the six month period immediately
21  preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the
22  opportunity to submit a completed in forma pauperis application and a certified copy in support
23  of his application.
24  /////
25  /////
26  /////

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Plaintiff shall submit, within thirty days from the date of this order, a
3  completed affidavit in support of his request to proceed in forma pauperis on the form provided
4  by the Clerk of Court;

5       2. The Clerk of the Court is directed to send plaintiff a new Application to
6  Proceed In Forma Pauperis By a Prisoner; and

7       3. Plaintiff shall submit, within thirty days from the date of this order, a certified
8  copy of his prison trust account statement for the six month period immediately preceding the
9  filing of the complaint.  Plaintiff's failure to comply with this order will result in a
10 recommendation that this action be dismissed without prejudice.

11 DATED:  September 25, 2008.

_____
U.S. MAGISTRATE JUDGE

14 1/mp
aidn2145.3c+new