IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

      Plaintiff,              No. CIV S-08-2145 KJM P

   vs.

MIKE KNOLLS, et al.,

      Defendants.        ORDER

_____/

      Plaintiff has requested an extension of time to file a new application to proceed in forma pauperis pursuant to the court's order of September 26, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time (docket no. 7) is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file a new application to proceed in forma pauperis.

DATED: October 30, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
aidn2145.36