IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF C. AIDNIK,

    Plaintiff,          No. CIV S-08-2145-SPG (PC)

  vs.

MIKE KNOLLS et al.,

    Defendants.         <u>JUDGMENT</u>

                           /

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: March 5, 2009

                                            **/s/ Susan P. Graber**

                                            UNITED STATES CIRCUIT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com