IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF C. AIDNIK,

    Plaintiff,                  No. CIV S-08-2145-SPG (PC)

vs.

MIKE KNOLLS et al.,

    Defendants.             <u>ORDER</u>

_____/

    Plaintiff's request to reopen this case is DENIED. The Clerk of the Court is directed to file all future filings in this case under No. CIV S-08-02583-HDM-RAM.

DATED: March 17, 2009

                              **/s/ Susan P. Graber**

                              UNITED STATES CIRCUIT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com